

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
ddobbin@rkdlawfirm.com

AVRUM J. ROSEN
FRED S. KANTROW

------------

DEBORAH L. DOBBIN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

ALLAN B. MENDELSOHN *
MICHAEL J. O'SULLIVAN*
(* *of counsel*)

December 14, 2020

Via email: sandrolucas@gmail.com
Mr. Sandro F. Lucas
7575 Duneiden Lane
Manassas, VA 20109

   **Re:**  **In re Nube Rocio Lucas, 20-41537-nhl**
      **Kramer v. Sacta, Adv. Proc. No. 20-1120-nhl**
      <u>**Letter in Response to Letter filed December 10, 2020 [ECF Doc. No. 52]**</u>

Dear Mr. Lucas:

  This Firm is counsel to Debra Kramer, the Chapter 7 Trustee, in the above-referenced bankruptcy case filed by your sister Nube Rocio Lucas, the Debtor herein. Thank you for your letter dated December 10, 2020. It is our position that you may not use a Power of Attorney to appear for your mother Julia Sacta, the defendant in Adversary Proceeding Case No. 20-1120-nhl. An initial pre-trial conference is scheduled before Bankruptcy Judge Nancy Hershey Lord on December 17, 2020 at 3:30 p.m. A copy of the Summons that was served upon your mother is enclosed for your reference. Please send any future communication directly to our office. Thank you.

             Very truly yours,

             */s/ Deborah Dobbin*
             Deborah Dobbin